# Court of Appeals, State of Michigan

## ORDER

People of MI v John Edward Barritt

Docket No.    341984

LC No.    15-038224-FC

Stephen L. Borrello
Presiding Judge

Michael J. Kelly

Mark T. Boonstra
Judges

---

The Court orders that the August 9, 2018 majority and dissenting opinions are hereby AMENDED. The opinions contained the following clerical error: Lower court number 15-038244-FC is incorrect and has been corrected to show the correct lower court number 15-038224-FC.

In all other respects, the August 9, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 1 6 2018
Date

Chief Clerk